```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                   :
    IMG FRAGRANCE BRANDS, LLC      :
    et al.,                        :
                                   :    09 Civ. 3655 (LAP)
              Plaintiffs,          :
                                   :
         -against-                 :    ORDER OF CONFERENCE
                                   :
    HOUBIGANT, INC. et al,         :
                                   :
              Defendants.          :
-----------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/09

LORETTA A. PRESKA, Chief United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on March 1, 2010 at 9:30 a.m. for a conference in the above action.

SO ORDERED

November 2, 2009

_____
LORETTA A. PRESKA, Chief U.S.D.J.